■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND ALEXANDER, Appellant. [48 NYS3d 592]—Appeal from judgment, Supreme Court, New York County (Renee A. White, J.), rendered August 13, 2013, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree and promoting prison contraband in the

first degree, and sentencing him, as a second felony offender, to an aggregate term of 2½ to 5 years, unanimously dismissed as moot.

Defendant seeks a reduction of his sentence, claiming that it was excessive and based on an incomplete presentence report. Since he has completed his entire sentence, including parole supervision, this appeal is moot. Concur—Tom, J.P., Acosta, Richter, Manzanet-Daniels and Kahn, JJ.